**DONE and SIGNED August 4, 2014.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: JODY ROSS ROBERTS          Bankruptcy Case Number:    14-11137
KELLY ALYCE ROBERTS
SS#: xxx-xx-2534
xxx-xx-3690

### ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on _MAY 19, 2014_ and was modified on _JULY 21, 2014_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:** The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Total Payment(s):  $_  as of___ .
   Amount of each Monthly Plan Payment: $ _320.00_ for the remaining _49_ month(s).
   Monthly Plan Payments shall be due on the _18TH_ day of each month, beginning _JUNE, 2014_ .
   Term of Plan Payments shall be: _49_ months .
   Moratorium granted for :

   Special / Additional Provisions: : _Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property , real property, Debtor's home, or any Debtor's oil, gas, mineral interest._

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**

   | | |
   |---|---|
   | *Lucy G. Sikes ,* | X   Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered |
   | *Chapter 13 Trustee* | to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing |
   | *Post Office Box 2218* | Trustee and mail same on or before each due date reflected above, until further Order of this Court. |
   | *Memphis, TN 38101-2218* | No Payroll Deduction is ordered. |

3) **Attorney Fees:**

   The Debtor(s) attorney is awarded a fee in the amount of $_2,800.00_, of which $_2,800.00_ is due and payable from the Bankruptcy Estate which is inclusive of the fee in the amount of $_0_ for the modification listed above and per fee application.

   ☐ Attorney Fees capped at *$_* , per Court authority.

4) **Other Provisions:**
   ☐ Debtor(s) shall file both Federal and State Income Tax Returns timely.
   ☐ Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.

   **Any Compensation or reimbursement of advanced expenses for Debtor's counsel set forth herein that is contrary to the WDLA Bankruptcy Judges Standing Uniform Order of  March 5, 2010 and the WDLA Bankruptcy Judges Amended Standing Uniform Order of  September 19, 2013  is DENIED and NOT APPROVED by this Order**

   ###